HERMAN J. GARMS, Appellant, *v.* THE TRAVELERS INSURANCE COMPANY, Respondent.

(Argued November 22, 1934; decided December 7, 1934.)

*Howard L. Kuttner* for appellant.

*William B. Crowell, Bernard J. McGlinn* and *William J. Moran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.